UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| **RACHEL MEYER,** | § |
| | § |
| *Plaintiff,* | § |
| | § |
| v. | §  CIVIL ACTION NO. 4:13-cv-1662 |
| | § |
| **SOLID SYSTEMS CAD SERVICES,** | § |
| | § |
| *Defendant.* | § |

### FINAL JUDGMENT

At a hearing on August 12, 2014, the Court granted Defendant Solid Systems CAD Services's ("SSCS") Motion for Summary Judgment. (Doc. No. 8.) Accordingly, the Court **DISMISSES WITH PREJUDICE** all of Plaintiff Rachel Meyer's claims against SSCS. This is a final judgment pursuant to Federal Rule of Civil Procedure 58(a).

**IT IS SO ORDERED.**

**SIGNED** at Houston, Texas, on this the nineteenth day of August, 2014.

_____
KEITH P. ELLISON
UNITED STATES DISTRICT JUDGE